**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6716**

_____

IKEMEFUNA CHUKWURAH,

Plaintiff - Appellant,

v.

CORIZON HEALTH CARE; DR. YONAS SISAY; DR. CONTAH NIMELY; DR. OKOYE; ROBERT L. GREEN,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Paula Xinis, District Judge.  (1:22-cv-00212-PX)

_____

Submitted:  March 28, 2024                           Decided:  April 2, 2024

_____

Before KING and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Ikemefuna Chukwurah, Appellant Pro Se.  Megan Trocki Mantzavinos, MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C., Towson, Maryland; Samuel Thomas Wolf, MEYERS, RODBELL & ROSENBAUM, PA, Riverdale Park, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ikemefuna Chukwurah appeals the district court's order granting summary judgment to the individual Defendants in part and dismissing in part Chukwurah's amended 42 U.S.C. § 1983 complaint.[*]  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Chukwurah v. Corizon Health Care*, No. 1:22-cv-00212-PX (D. Md. June 29, 2023).  We deny Chukwurah's motion to appoint counsel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court entered a final judgment pursuant to Fed. R. Civ. P. 54(b).

2